David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**HYDE & SWIGART**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile: (602) 230-4482

Ryan L. McBride, Esq. (SBN: 032001)
ryan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Audree Renee Osborn,<br><br>PLAINTIFF,<br><br>v.<br><br>Experian Information Solutions, Inc., Wells Fargo Bank, National Association, and Arizona Public Service Company,<br><br>DEFENDANTS. | CASE NO: 2:15-CV-02631-DLR<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") hereby stipulate to dismiss Defendant Experian from

this action, with prejudice, with each party to bear their own attorney's fees and costs.

Date: September 2, 2016         **KAZEROUNI LAW GROUP**

                                By: */s/ Ryan L. McBride*
                                Ryan L. McBride
                                Attorneys for Plaintiff

                                **Jones Day**

Date: September 2, 2016         By: */s/ Jennifer Sun*
                                Jennifer Sun
                                Attorneys for Defendant Experian
                                Information Solutions, Inc.